ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 1 0 2024
at 12 o'clock and 10 min. P M
Lucy H. Carrillo, Clerk

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JORDAN ISHIDA,<br><br>　　　　　Defendant. | CR. NO. CR 24-00060 JMS<br><br>INDICTMENT<br><br>[18 U.S.C §§ 1519, 3, 1001, and 2231(a)] |

INDICTMENT

The Grand Jury charges:

## Count 1
### Destruction of Tangible Object
### (18 U.S.C § 1519)

On or about November 7, 2023, in the District of Hawaii, the defendant, JORDAN ISHIDA, did knowingly alter, destroy, mutilate, and conceal tangible objects, namely, two cellular telephones belonging to C.T., with the intent to impede and obstruct the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States, namely, a federal criminal prosecution of C.T.

All in violation of Title 18, United States Code, Section 1519.

## Count 2
### Accessory after the Fact
### (18 U.S.C § 3)

On or about November 7, 2023, in the District of Hawaii, the defendant, JORDAN ISHIDA, knowing that C.T. had committed a federal offense, did willfully and knowingly assist C.T. by destroying a cellular telephone belonging to C.T. and discarding it in a sewer drain on the evening of November 7, 2023, with the intent to hinder and prevent C.T.'s trial and punishment.

All in violation of Title 18, United States Code, Section 3.

Count 3
False Statement
(18 U.S.C. § 1001(a)(2))

On or about November 8, 2023, in the District of Hawaii, the defendant, JORDAN ISHIDA, did willfully and knowingly make a materially false, fictitious, and fraudulent statement in a matter within the jurisdiction of the executive branch of the United States, by falsely telling special agents of the Federal Bureau of Investigation that she had thrown a cellular telephone belonging to C.T. into a sewer drain before they questioned her about the cellular telephone's whereabouts on the morning of November 7, 2023, when, in truth and as she then well knew, she had smashed and thrown the cellular telephone in a sewer drain on the evening of November 7, 2023, and only after being questioned by those special agents.

In violation of Title 18, United States Code, Section 1001(a)(2).

Count 4
Resistance to Official Search
(18 U.S.C. § 2231(a))

On or about November 9, 2023, in the District of Hawaii, the defendant, JORDAN ISHIDA, did unlawfully and forcibly resist, oppose, prevent, impede, intimidate, and interfere with special agents of the Federal Bureau of Investigation, authorized to execute a federal search warrant for the defendant's cellular telephone and engaged in the performance of their official duties, by fleeing, covering her face,

looking away, and striking the defendant's cellular telephone as those special agents attempted to execute that federal search warrant.

In violation of Title 18, United States Code, Section 2231(a).

DATED: October 10, 2024, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
CLARE E. CONNORS
United States Attorney
District of Hawaii

_____
BARBARA EUCKER
Assistant U.S. Attorney

United States v. Ishida
Indictment
Cr. No. CR 24-00060 

4