CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

BARBARA EUCKER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:   Barbara.Eucker@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Oct 15, 2024
Lucy H. Carrillo, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 24-00060-JMS |
|---|---|---|
| Plaintiff, | ) | EX PARTE MOTION TO UNSEAL INDICTMENT; PROPOSED ORDER GRANTING EX PARTE MOTION TO UNSEAL INDICTMENT |
| VS. | ) | |
| JORDAN ISHIDA, | ) | |
| Defendant. | ) | |

EX PARTE MOTION TO UNSEAL INDICTMENT

COMES NOW the United States of America, by the undersigned attorney and hereby moves the Court for an Order to unseal the Indictment in the above-entitled matter, on the ground that the sole defendant has been arrested and

that there is no longer any prejudice to the government if the matters as contained in Indictment are made public.

The circumstances necessitating the sealing no longer apply. The Indictment was filed under seal on October 10, 2024. The above-named defendant was arrested on or about October 13, 2024. The government therefore respectfully requests that the Indictment in this matter be unsealed.

DATED: October 15, 2024, at Honolulu, Hawaii.

CLARE E. CONNORS
United States Attorney
District of Hawaii


By /s/ *Barbara Eucker*
  BARBARA EUCKER
  Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA