# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CR-00060-JMS-1 |
| CASE NAME: | United States of America vs. Jordan Ishida |
| ATTY FOR PLA: | Barbara Eucker |
| ATTY FOR DEFT: | Mark Kawata |
| US PROB OFFICER: | Grace Canella |

| | | | |
|---|---|---|---|
| JUDGE: | Wes Reber Porter | REPORTER: | FTR-CT 7 |
| DATE: | 10/16/2024 | TIME: | 10:32 AM-10:35 AM |

COURT ACTION: EP:   INITIAL APPEARANCE; ARRAIGNMENT & PLEA to the Indictment hearing held.

AUSA Barbara Eucker appeared on behalf of the United States.

Mark Kawata appeared on behalf of Defendant.

Defendant present and in custody.

The Court held an Initial Appearance; Arraignment and Plea to the Indictment.

Mr. Kawata represents Indictment received and reviewed with Defendant. Defendant understands the general nature of the charges, waives public reading and enters Pleas of Not Guilty. Court confirms same with defendant. NOT GUILTY pleas entered.

Trial date and deadlines given.

| Trial Dates and Deadlines: | Date |
|---|---|
| 1) Jury Selection/Jury Trial to follow before Judge Seabright | 12/17/2024 9:00 AM |
| 2) Trial Conference before Judge Seabright | 12/05/2024 10:00 AM |
| 2a) Joint Trial Presentation Statement | 11/29/2024 |
| 3a) Motions Deadline | 11/05/2024 |
| 3b) Responses Deadline | 11/12/2024 |
| 4) Rule 16.1 Discovery Conference deadline | 10/30/2024 |
| 5) Fed. R. Evid. 404(b) | 11/12/2024 |
| **6) Motions in Limine:** | |
| 6a) Motions in Limine | 11/19/2024 |
| 6b) Memoranda in opposition to Motions in Limine | 11/26/2024 |
| 7) Brady and Giglio Material | 11/26/2024 |
| **8) Jury Instructions:** | |
| 8a) Proposed Jury Instructions | 11/19/2024 |
| 8b) Complete set of all agreed upon jury instructions | 11/26/2024 |
| 8c) Separate instructions and objections | 11/26/2024 |
| 9) Witness Lists | 12/10/2024 |
| **10) Expert Disclosures:** | |
| 10a) Parties' initial disclosures | 11/19/2024 |
| 10b) Evidence intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or (b) (1)(C). | 11/26/2024 |
| **11) Exhibits:** | |
| 11a) Parties exchange exhibits | 12/11/2024 |
| 11b) Exhibit List, original exhibits, and 2 additional copies of exhibits (tabbed and in binders) | 12/11/2024 |
| 11c) Thumb drive of exhibits (if using JERS (Jury Evidence Recording System)) | 12/11/2024 |
| 12) Stipulations | 12/10/2024 |
| 13) Voir Dire Questions | 12/03/2024 |
| 14) Trial Briefs | 12/03/2024 |
| 15) Jencks Disclosures | 12/13/2024 |

Court to issue a Criminal Scheduling Order.

The Government filed a *Motion to Detain Defendant Without Bail*, ECF No. [8].

Detention Hearing is set for October 18, 2024 at 10:30 a.m. in Courtroom 7 before Magistrate Judge Wes Reber Porter.

The Court reminded the government of its obligations under Rule 5(f) and as set out in this Court's General Order dated February 1, 2021:

The Court orders the prosecution to comply with its disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Failing to do so in a timely manner may result in consequences, including, but not limited to: exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, court sanctions, and/or referral to disciplinary counsel.

Defendant remanded to the custody of the U.S. Marshal Service.

*Submitted by: Jocelyn Orosz, Courtroom Manager*