# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 18 2024

at 10 o'clock and 45 min. AM 
Lucy H. Carrillo, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER CR 24-00060 JMS |
| | ) | |
| vs | ) | ABSTRACT OF RELEASE |
| | ) | |
| Jordan Ishida | ) | |

TO THE UNITED STATES MARSHAL AND/OR WARDEN, FEDERAL DETENTION CENTER:

Be advised that on the date of __October 18, 2024__ the Court entered the following order:

__X__ Defendant to be released from custody forthwith

    __X__ Released to / continued on pretrial release

    _____ Sentenced to time served

    _____ Case Dismissed

    _____ Released to / continued on supervised probation / unsupervised probation

    _____ Released to / continued on supervised release

_____ Defendant to be released once bond conditions are met. As conditions have been met effective _____, defendant to be released forthwith.

_____ Bench warrant recalled

_____ Other: _____

Lucy Carillo
~~Sue Beitia~~, Clerk of Court

by: __J.O. Deputy Clerk__
               Deputy Clerk