MARK S. KAWATA 2622
1221 Kapiolani Blvd. Suite 808
Honolulu, Hawaii 96814
Telephone No. 955-2600

Attorney for Defendant
JORDAN ISHISDA

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 24-00060 JMS |
|---|---|
| Plaintiff, | ) <br> ) DEFENDANT JORDAN <br> ) ISHIDA'S SUBMISSION OF |
| vs. | ) CHARACTER LETTERS IN <br> ) SUPPORT OF JORDAN |
| JORDAN ISHIDA, | ) ISHIDA'S SENTENCING <br> ) STATEMENT |
| Defendant. | ) <br> ) Hearing Date: December 29, <br> ) 2025 <br> ) Time: 1:30 p.m. <br> ) Judge: Hon. J. Michael Seabright <br> ) |

### DEFENDANT JORDAN ISHIDA'S
### SUBMISSION OF CHARACTER LETTERS IN
### SUPPORT OF JORDAN ISHIDA'S SENTENCING STATEMENT

Comes now Defendant Jordan Ishida ("Defendant"), by her undersigned attorney and hereby submits her character letters in support of her Sentencing Statement filed November 17, 2025.

DATED:   Honolulu, Hawaii, December 22, 2025.

/s/ Mark S. Kawata

_____

MARK S. KAWATA
Attorney for Defendant
JORDAN ISHISDA

OCTOBER 17, 2025

To The Honorable Judge Micheal Seabright
Re: Jordan Sachico Ishida

I am writing to provide a character reference for my niece Jordan Ishida. I have known Jordan for 26 years. I believe and support that Jordan is an Individual of good Character.

I can attest to the goodness of Jordan's character and her capability to do good. My reason for supporting Jordan is that I can confidently say she is very responsible, honest, dependable and very hard working. She worked toward and studied hard to finish her education and graduated this year from University of Hawaii at Manoa. We are all so proud of Jojo. Ever since Jojo was a little girl, she was very smart and driven. She's also shown that she is level headed and a team player. Jordan received a full scholarship from Sienna College for Volleyball after graduating from Mid Pac High School.

I know despite her setbacks, Jordan is staying positive and looking forward to building back her life with the help of God and the support of her family.

If there is a need to verify my statements, Please contact me at (808) 778-1080 or email me at lmizomi@gmail.com.

Sincerely,

*[signature]*

Lynell L. Cheng

Glenn Hada
~~05-1029~~
~~Mililani, HI 96789~~
~~glennhada@gmail.com~~
~~808-841-4413~~

December 1, 2025

Re: Jordan Sachie Ishida

To:
The Honorable Judge Michael Seabright
United States District Court
District of Hawaii

I, Glenn Hada, am writing this letter to provide a character reference for Ms. Jordan Sachie Ishida, who I have known for a period of over ten years in my capacity as the Hanahou Volleyball Club Director, a volleyball organization which she was a coach for. During this long period of time, I have come to know Jordan as a collegiate student-athlete and volleyball coach who is responsible, compassionate, and disciplined. As a division one collegiate volleyball athlete she has always striven to excel at both academics and as a player on the court. Recently, she completed and received her Bachelor of Science in Business Administration. As a volleyball coach, she also demonstrated her ability to be an excellent role model for young women. Jordan embodies what it means to be a responsible, natural leader who her peers, teammates, and players look to for her guidance in many situations. In her many roles, she always attempts to improve her life and positively contribute to those around her. This behavior I have observed over the past ten years truly reflects the person I have known Jordan to be on a consistent basis.

I am aware that Jordan is appearing before the Court, and I do not seek to excuse or minimize the seriousness of the situation. Instead, I want to provide context regarding Jordan's character I have personally observed. In my experience, as mentioned above, Jordan has demonstrated dependability, organization, compassion, and, above all, responsibility. Since this incident, I have seen Jordan display genuine remorse and accountability taken for her actions. This experience has provided an opportunity for deep self reflection for Jordan, and she is now committed to making better choices and demonstrating the strong values she has always possessed. I am confident that with the right guidance and support, she will continue on a positive path.

Thank you for taking the time to consider my letter. If the Court requires further information or wishes to speak with me directly, I can be reached at 808-841-4413 or glennhada@gmail.com.

Respectfully,

Glenn Hada

Damon Ishida

~~[address redacted]~~

~~Honolulu, HI 96816~~

~~damon@[redacted]~~

~~(808)-000-7700~~

11/30/25

The Honorable Judge Michael Seabright

United Staes District Court

District of Hawaii

Re: Jordan Sachie Ishida

Dear Judge Seabright,

We, Cheryl & Damon Ishida parents of Jordan (Jojo) Ishida who stands in front of you for sentencing. Jordan is our youngest child and we would like to share our thoughts and feelings about her character that we believe are important for you to consider as you make your final decision.

Since birth, Jojo has brought extraordinary joy and happiness to our family. Growing up she was a constant source of emotional support for her sister, Taylor, who had endured four major surgeries at Children's Hospital of Boston and spent nearly three to four years in & out of Kapiolani Medical Center. Every day after school and weekends Jojo could be found at the hospital, keeping her sister spirits up. They were inseparable.

Jojo discovered volleyball at eight years old and immediately fell in love with the game. She played for many clubs and made the starting line up at Mid Pacific Institute every year from 7th-12th grades. Her dedication and talent earned her a four-year full ride scholarship at Siena College in upstate NY a division 1 school in the MAAC, where she started for two

years. The following year she transferred and walked on at CSU Bakersfield, and became the starting libero. When Covid hit, she returned home and enrolled at UH, where she continued to give back by coaching and mentoring the younger girls at Hana Hou VBC.

After the Lahaina fire, she and a few friends flew up to volunteer and to check on her grandfather, who just escaped before his home burned to the ground. She was able to spend time with him then, and she treasured the few additional visits they shared before he passed a few months later.

We would also like to emphasize that Jojo has complied with every condition of her house arrest over the past year. She used this time for self-reflection and personal growth, and during this period graduated from UH Manoa with a bachelor's degree in Political Science.

All her life we were was so proud to call her our daughter and watched her grow into this incredible person she is today. Jojo has never been in trouble before and has taken this situation to heart, learning an important lesson. She is by no means a career criminal, and with the right guidance, understanding, and support, she has every opportunity to continue building a positive, stable life. She understands that her choices have consequences and is genuinely motivative to improve herself. She truly does not want to repeat this experience and is committed to making positive changes.

As her parents we are committed to giving her all the support she needs to get through this process. We humbly ask for your understanding and compassion as you consider her case. Our hope is that you give her a chance to turn her life around, grow, learn, and become a better person. At only 26 she has her whole productive future ahead of her.

Thank you for taking the time to hear the other side of who Jojo really is.

*Cheryl Ishida*
*Damon Ishida*
Cheryl & Damon Ishida

Concerned Parents of Jordan (Jojo) Ishida

Nov. 3, 2025

To The Honorable Judge Michael Seabright
United States District Court
District of Hawaii
Re: Jordan Sachie Ishida

Dear Judge Seabright,

I am writing to provide a character reference for my granddaughter, Jordan Sachie Ishida. Jordan attended and graduated from Mid Pacific school and received a 4-year volleyball scholarship to Siena College in New York. She graduated from the University of Hawaii with honors and made the Deans List. I am so proud of Jordan for doing her best in school and college.

Jordan is a very kind person to everyone she meets. She has mentored younger children and taught them how to play volleyball on weekends when they were not attending school.

Your honor, I respectfully ask that you will consider this letter as a testament to Jordan's compassion, selflessness and well-being to those around her. Thank you for my taking your time to read my letter.

Sincerely,
Nellie Yuen

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on the parties noted above by way of email via PACER to the following on the dated stated below.

    CLARE E. CONNORS
    United States Attorney
    BARBARA EUCKER
    Special Assistant U.S. Attorney
    Room 6100, PJKK Federal Building
    300 Ala Moana Boulevard
    Honolulu, Hawaii 96850
    Telephone: (808) 541-2850
    Facsimile: (808) 541-2958
    Nicole.Hudspeth@usdoj.gov

    Attorneys for UNITED STATES OF AMERICA

DATED:    Honolulu, Hawaii, December 22, 2025.

                                      /s/ Mark S. Kawata

                                      MARK S. KAWATA
                                      Attorney for Defendant
                                      JORDAN ISHISDA